# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| MICHELLE JINKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01277-ALM |
| CHRISTOPHER RAUCCI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01280-ALM |
| SALLY SIMMERING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORWAY SAVINGS BANK and MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendants. | Case No. 4:25-cv-01281-ALM |

1

| | |
|---|---|
| LARRY DOMENICHELLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-cv-01284-ALM |
| DANIEL HART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Case No. 4:25-cv-01285-ALM |
| DAVID ROBINSON SR. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Case No. 4:25-cv-01306-ALM |

| | |
|---|---|
| JOSHUA GEOFFREY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Case No. 4:25-cv-01311-ALM |
| TRACY CUSICK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Case No. 4:25-cv-01314-ALM |
| JESSICA BOUTOT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Case No. 4:25-cv-01321-ALM |

| | |
|---|---|
| MICHAELA BROWN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and COVENTAGE CREDIT UNION,<br><br>Defendants. | Case No. 4:25-cv-01322-ALM |
| LAWRENCE SPOHRLEDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Case No. 4:25-cv-01323-ALM |
| WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and SUNCOAST CREDIT UNION,<br><br>Defendants. | Case No. 4:25-cv-01328-ALM |

| | |
|---|---|
| CHRISTINA ANSTETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and SUNCOAST CREDIT UNION,<br><br>Defendants. | Case No. 4:25-cv-01334-ALM |
| LEAH ERBAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and GESA CREDIT UNION,<br><br>Defendants. | Case No. 4:25-cv-01341-ALM |
| NELLIE RAYMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and MAINE STATE CREDIT UNION,<br><br>Defendants. | Case No. 4:25-cv-01344-ALM |

| | |
|---|---|
| ANITA SEECHARRAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA CREDIT UNION, and MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendants. | Case No. 4:25-cv-01355-ALM |
| NELLIE RAYMOND, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and MAINE STATE CREDIT UNION,<br><br>Defendants. | Case No. 4:25-cv-01344-ALM |

**RESPONDING PLAINTIFFS' RESPONSE TO MOVING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM CLASS COUNSEL**

Plaintiffs Christina Anstett, Sandra Copeland, Pamela Noble, Dann Frias, Luke Tibbetts, Mark Schott, Derwin Hillmon, Anterio Mayhew, Preston Holod, (collectively, "Responding Plaintiffs") submit this response to Plaintiffs Michelle Jinks, Christopher Raucci, Larry Domenichello, Daniel Hart, David Robinson Sr., Joshua Geoffrey, Tracy Cusick, Jessica Boutot, Michaela Brown, Lawrence Spohrleder, William Anderson, Christina Anstett, Leah Erban, and Nellie Raymond's (collectively, "Moving Plaintiffs") Motion to Consolidate Actions and Appoint Interim Class Counsel (Case No. 4:25-cv-01277-ALM, ECF No. 6) ("Moving Plaintiffs' Motion"). Responding Plaintiffs support Moving Plaintiffs' Motion insofar as it seeks to consolidate the Related Actions. Responding Plaintiffs further respectfully request their counsel, William B. Federman of Federman & Sherwood, be appointed to the proposed Executive

6

Committee. Responding Plaintiffs conferred with Moving Plaintiffs' Proposed Interim Class Counsel (as defined in Moving Plaintiffs' Motion); and were advised Proposed Interim Class Counsel support Responding Plaintiffs' request to add Mr. Federman to the proposed Executive Committee.

## I.     PROCEDURAL AND FACTUAL BACKGROUND

Oracle provides database software and cloud computing software services to hundreds of companies across the United States ("Clients"), including an applications which allows Marquis' clients to store, manage, and use customers' personally identifiable information ("PII"). On or around August 14, 2025, Marquis reported that threat actors had gained unauthorized access to its environments and its Clients' customers' PII stored thereon (the "Data Breach"). In response, individuals' whose PII was access and exfiltrated (or potentially accessed and exfiltrated) filed over thirty class action lawsuits in this Court against Marquis and its Clients.

Responding Plaintiffs filed multiple class action lawsuits in this matter, naming ten Defendants defined as "Clients" along with Marquis, including SunCoast Credit Union, Security Credit Union, iQ Credit Union, Gesa Credit Union, Maine State Credit Union, First National Bank of Pennsylvania, Valley Strong Credit Union, Westerra Credit Union, Florida Credit Union, and Wesbanco Bank, Inc. *Anstett v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01334-ALM (E.D. Tex.); *Copeland v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01345-ALM (E.D. Tex.); *Noble v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01346-ALM (E.D. Tex.); *Frias v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01347-ALM (E.D. Tex.); *Tibbets v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01348-ALM (E.D. Tex.); *Schott v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01358-ALM (E.D. Tex.); *Hillmon v. Marquis Software Solutions, Inc.*, No. 4:25-cv-01375-ALM (E.D. Tex.); [Wesbanco]. In addition to background research, vetting potential clients,

following up with potential experts and developing case theories that have been copied by subsequent pleadings, as well as filing the third overall case and the first to name Client defendants (a pleading model that has since been copied by later filed cases), Responding Plaintiffs have engaged in meaningful discussions with various Clients regarding the facts and issues in this case, each of the Client's potential exposure and documents preservation/retention, coordinated process of service, Answer/response dates, and have continued to research additional and new information regarding the Data Breach and worked with counsel in the Related Actions and numerous of the plaintiffs' counsel to organize this matter.

Responding Plaintiffs respectfully request that this Court consolidate the Related Actions into the first-filed *Eagan* action under the new case style "*In re Marquis Software Solutions, Inc. Data Breach Litigation*" and appoint William B. Federman of Federman & Sherwood to Moving Plaintiffs' proposed Executive Committee. Responding Plaintiffs conferred with Moving Plaintiffs' Proposed Interim Class Counsel; and were advised that Proposed Interim Class Counsel support Responding Plaintiffs' request to include Mr. Federman on the proposed Executive Committee.

## II.     ARGUMENT AND AUTHORITIES

The Court should appoint William B. Federman of Federman & Sherwood – counsel to over nineteen named plaintiffs who have named over ten additional defendants in this matter – to the Executive Committee.

### A. Mr. Federman Performed Substantial Work Investigating and Litigating the Claims to Date.

Immediately after the public announcement of the Data Breach, Mr. Federman, who is admitted to this Court, and his firm, Federman & Sherwood, were contacted and began investigating potential legal claims and remedies for the victims of the Data Breach. Those

investigations included, among other things: (i) investigating the facts surrounding the Data Breach; (ii) investigating Marquis's corporate structure; (iii) interviewing numerous individuals injured by the Data Breach; (iv) researching legal claims; (v) drafting initial pleadings with unique allegations that were subsequently copied by later filed actions; (vi) following up with potential expert witnesses; (vii) conducting multiple meet and confer conferences with various defense counsel to learn more about the multiple Clients exposure, liability, documents; and (viii) investigating potential additional potential Client defendants. Additionally, Mr. Federman has worked with counsel in the Related Actions to organize the management of the Related Action to avoid delay that could be caused by a leadership dispute to address the merits of the case as expeditiously as possible and efficiently proceed in this case.

### B. Mr. Federman Possesses the Requisite Experience, Knowledge, Skills, and Resources to Prosecute this Action Efficiently and Effectively and is Qualified to Serve on the Executive Committee.

Mr. Federman, the founder and managing member of Federman & Sherwood, has more than forty-one (41) years of diverse, hands-on, trial and appellate experience in the areas of complex data breach litigation, class action litigation, financial fraud litigation, commercial litigation, and consumer litigation. Mr. Federman has represented clients as lead and co-lead counsel in multidistrict litigation proceedings, federal courts, state courts, and arbitration forums across the United States. Indeed, Mr. Federman has litigated hundreds of class action lawsuits as lead counsel demonstrating he has the skill, knowledge, and experience necessary to best serve the interests of Plaintiffs and the putative classes.

Indeed, Mr. Federman has been a member of the Texas bar for over thirty (30) years and was admitted to practice in this Court on November 4, 2005. As a veteran litigator practicing in Texas, Mr. Federman has also repeatedly been appointed to leadership roles by this Court in data breach and other complex class actions, achieving excellent recoveries for the respective classes.

*M.S. v. Med-Data, Inc.*, No. 4:22-cv-00187 (S.D. Tex.) (Mr. Federman was appointed co-lead counsel and obtained a common fund settlement of $7,000,000.00 for a 140,908 person class); *Huntley v. Varsity Brands Inc.*, No. 3:24-cv-02633-B (N.D. Tex.) (Mr. Federman was appointed co-lead counsel and obtained a common fund settlement for the class); *Trottier v. Sysco Corporation*, No. 4:23-cv-01818 (S.D. Tex.) (same); *Banner v. American National Bank & Trust*, Cause No. DC30-CV2025-1068 (30th J. Dist., Wichita Cnty.) (appointing Mr. Federman as interim lead class counsel); *Burge v. Mason Construction, LLC*, Cause No. 24-DC-CV-2053 (136th J. Dist., Jefferson Cnty.) (same); *In re Jani-King International, Inc. Data Breach Litig.*, No. 3:25-cv-01057-N (N.D. Tex.) (same); *Barham v. Dental Group of Amarillo LLP*, No. 112201-C-CV (Potter County, Texas) (same); *In re Verisource Services, Inc. Data Breach Litig.*, No. 4:24-cv-03719 (N.D. Tex.) (same).

      Moreover, Mr. Federman has worked with Moving Plaintiffs' Proposed Interim Class Counsel in numerous cases – including cases in this Court. See, *In re Jani-King International, Inc. Data Breach Litig.*, No. 3:25-cv-01057-N (N.D. Tex.) (Mr. Federman is appointed Interim Co-Lead Class Counsel along with Jeff Ostrow of Kopelowitz Ostrow P.A.); *Barham v. Dental Group of Amarillo LLP*, No. 112201-C-CV (Potter County, Texas) (Mr. Federman is appointed Interim Co-Lead Class Counsel along with Kopelowitz Ostrow P.A.); *In re Verisource Services, Inc. Data Breach Litig.*, No. 4:24-cv-03719 (N.D. Tex.) (Mr. Federman is appointed Interim Co-Lead Class Counsel along with Milberg, LLP and Kopelowitz Ostrow P.A.); *In re medQ, Inc. Data Breach Litigation*, No. 4:24-cv-00176 (E.D. Tex.) (Mr. Federman was appointed Mr. Federman appointed Interim Co-Lead Class Counsel along with Gary Klinger of Milberg, LLP); *Trottier v. Sysco Corporation*, No. 4:23-cv-01818 (S.D. Tex.) (same). *See also Critchlow v. Philadelphia American Life Ins. Co.*, No. H-25-2592 (S.D. Tex.) (Mr. Federman and Kopelowitz Ostrow P.A. acting as

plaintiffs' counsel); *Quinn v. B.D. Holt Co. and affiliated entities d/b/a Hold Group*, Cause No. 2025CI06321 (37th J. Dist., Bexar Cnty.) (Mr. Federman and Kopelowitz Ostrow P.A. acting as plaintiffs' co-counsel).

Mr. Federman and Federman & Sherwood are trailblazers in the data privacy litigation sector, having prosecuted data breach cases for more than ten (10) years, playing a pivotal role in developing key decisions that are regularly relied upon by courts and counsel across the nation. *See, e.g.*, *In re Brinker Data Incident Litig.*, No. 3:18-CV-686-TJC-MCR, 2021 WL 1405508 (M.D. Fla. Apr. 14, 2021), vacated in part sub nom. *Green-Cooper v. Brinker Int'l, Inc.*, 73 F.4th 883 (11th Cir. 2023) (one of the first cases where class certification was achieved in the data breach context); *M.S. v. Med-Data, Inc.*, No. 4:22-cv-00187 (S.D. Tex.); *In re Mednax Servs., Inc., Customer Data Sec. Breach Litig.*, MDL No. 2994, 603 F. Supp. 3d 1183 (S.D. Fla. 2022); *Bowen v. Paxton Media Grp., LLC,* No. 5:21-CV-00143-GNS, 2022 WL 4110319 (W.D. Ky. Sept. 8, 2022); *Mackey v. Belden, Inc.*, No. 4:21-CV-00149-JAR, 2021 WL 3363174, at *1 (E.D. Mo. Aug. 3, 2021). As pioneers in this field, Federman & Sherwood are well-versed in the applicable law, which makes them well-suited for efficiently preparing briefs and developing discovery.

Federman & Sherwood also has a proven track record of successful and persuasive briefing in data breach cases, thwarting numerous motions to dismiss in the data privacy context. *See, e.g.*, *Carr v. Oklahoma Student Loan Auth.et al.*, No. CIV-23-99-R, 2023 WL 6929850 (W.D. Okla. Oct. 19, 2023) (motion to dismiss granted in part and denied in part against the Oklahoma Student Loan Authority); *Carr v. Oklahoma Student Loan Auth. et al.*, No. CIV-23-99-R, 2023 WL 6929853 (W.D. Okla. Oct. 19, 2023) (motion to dismiss granted in part and denied in part against Nelnet Servicing, LLC); *Lochridge v. Quality Temp. Servs., Inc.*, No. 22-CV-12086, 2023 WL 4303577 (E.D. Mich. June 30, 2023) (motion to dismiss granted in part and denied in part); *In re*

11

*Mednax Servs., Inc., Customer Data Sec. Breach Litig.*, 603 F. Supp. 3d 1183 (S.D. Fla. 2022) (motion to dismiss denied in part and granted in part); *Fischer v. CentralSquare Techs., LLC*, No. 21-CV-60856-RAR, 2021 WL 10558134 (S.D. Fla. Sept. 16, 2021) (surviving motion to dismiss in part); *In re Solara Med. Supplies, LLC Customer Data Sec. Breach Litig.*, 613 F. Supp. 3d 1284, 1296 (S.D. Cal. 2020) (order granting in part and denying in part the defendant's motion to dismiss). These successes make it apparent that Federman & Sherwood is an asset to the successful efficient prosecution of this case.

Not only does Federman & Sherwood possess the requisite skill, knowledge, and experience, but it also has adequate financial resources to support the litigation. Due to its success as a prominent class action law firm, Federman & Sherwood has assisted in numerous cases, funding litigation expenses in excess of $1 million. Federman & Sherwood has both the financial resources and the staff to assist in resolving this case and does not use or rely upon third-party funding sources. Additional information regarding Mr. Federman and Federman & Sherwood is detailed in the Federman & Sherwood Firm Résumé, attached hereto as **Exhibit 1**.

Given Federman & Sherwood's vast experience and proven track record in successfully prosecuting class action data breach cases, William B. Federman of Federman & Sherwood would serve as excellent member of the Executive Committee.

### C. Mr. Federman is Committed to Representing and Advancing the Interests of the Class.

Mr. Federman and his firm are willing and able to expend the resources necessary to ensure the vigorous prosecution of the claims asserted by the Plaintiffs in these cases. Mr. Federman and his firm have considerable proficiency in achieving favorable results for class members in college and university data breach class actions in Texas courts and throughout the country. *Bointy, et al., v. Integris Health, Inc.*, Case No. CJ-2023-7235 (Okla. Cnty. Dist. Ct.) (Mr. Federman appointed

lead and obtained a settlement of $40,000,000.00, the largest settlement in the history of the State of Oklahoma); *M.S. v. Med-Data, Inc.*, No. 4:22-cv-00187 (S.D. Tex.) (Mr. Federman appointed lead and obtained a common fund settlement of $7,000,000.00 for a 140,908 person class); *Huntley v. Varsity Brands Inc.*, No. 3:24-cv-02633-B (N.D. Tex.) (Mr. Federman appointed lead counsel and obtained a common fund settlement for the class); *Trottier v. Sysco Corporation*, No. 4:23-cv-01818 (S.D. Tex.) (same); *Kobor, et al., v. Skidmore College*, Case No. 1:23-cv-01392-MAD-DJS (N.D.N.Y.) (same); *Beer v. Bluefield University*, Case No. 1:23-cv-00055-MFU-PMS (W.D. Va.) (same); *Wang, et al., v. The Corporation of Mercer University*, Case No. 5:23-cv-00193-TES (M.D. Ga.) (same); *Bahnaier v. Wichita State University*, Case No. 2:20-cv-02246-JAR-TJJ (D. Kan.) (same).

The experience here will be no different. Mr. Federman understands the time, energy, and skill necessary to efficiently prosecute a large data breach class action and has committed the resources required to ensure the effective and efficient representation of the class members. In fact, Mr. Federman has already demonstrated his commitment to this litigation by devoting substantial but appropriate resources to this litigation and developing the case theory that is now being followed by other counsel.

### D. Mr. Federman Has the Resources Necessary to Litigate this Case Efficiently and Effectively.

Mr. Federman and his firm have substantial resources committed to representing the best interests of the Class. Indeed, Federman & Sherwood has multiple experienced attorneys and from offices in Dallas, Texas and Oklahoma City represent clients in data breach class action litigation throughout the country. Federman & Sherwood has the resources to draw from a deep bench of attorneys exclusively dedicated to data breach class action litigation who understand the time, resources, and energy necessary to successfully spearhead this litigation. Thus, Mr. Federman is

well-equipped with the resources and experience necessary to go head-to-head with Columbia and its counsel.

### III. CONCLUSION

For the foregoing reasons, Responding Plaintiffs respectfully request that this Court consolidate the Related Actions into the first-filed *Jinks* action under the new case style "I*n re Marquis Software Solutions, Inc. Data Breach Litigation*" and appoint William B. Federman of Federman & Sherwood to Moving Plaintiffs' proposed Executive Committee. Responding Plaintiffs has conferred with Moving Plaintiffs' Proposed Interim Class Counsel; and Proposed Interim Class Counsel support Responding Plaintiffs' request to add Mr. Federman to the proposed Executive Committee.

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman
Tex. Bar No. 00794935
Jessica A. Wilkes
**Federman & Sherwood**
4131 Central Express Way, Ste. 900
Dallas, Texas 75204
Telephone: (800) 237-1277
E: wbf@federmanlaw.com
E: jaw@federmanlaw.com

*Attorneys for Responding Plaintiffs and the Proposed Executive Committee Member*

### CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system.

*/s/ William B. Federman*

              William B. Federman