**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| MICHELLE JINKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendant. | Case No. 4:25-CV-01277-ALM |

**MARQUIS SOFTWARE SOLUTIONS, INC.'S
RESPONSE TO PLAINTIFF'S MOTION TO CONSOLIDATE
AND APPOINT INTERIM CLASS COUNSEL**

Marquis Software Solutions, Inc. ("Marquis") hereby submits this response to Plaintiffs Michelle Jinks, Christopher Raucci, Sally Simmering, Larry Domenichello, Daniel Hart, David Robinson Sr., Joshua Geoffrey, Tracy Cusick, Jessica Boutot, Michaela Brown, Lawrence Spohrleder, William Anderson, Christina Anstett, Leah Erban, and Nellie Raymond's Joint Motion to Consolidate Actions, Appoint Interim Class Counsel, and Set Deadline for Filing of Consolidated Complaint (the "Motion to Consolidate"). (DE #6.)

The Motion to Consolidate asks the Court to (1) consolidate 15 related cases (the "Related Actions") in this first-filed action; (2) appoint interim class counsel and an executive committee; (3) stay the Related Actions, including Marquis' response deadlines; and (4) "set a schedule, allowing Plaintiffs to file a Consolidated Complaint within 60 days after the Court grants [that] motion and appoints Interim Class Counsel." (*Id.*) Plaintiffs representing another eight related cases pending in this District have since joined in the Motion to Consolidate. (DE #10, 12, 13).

Marquis agrees that consolidation of all related cases pending in this District would serve the interests of judicial economy. Pursuant to Local Rule CV-42, Marquis has attached as Appendix A to this Response a list of related cases pending in this District known to Marquis as of January 15, 2026. In Appendix B, Marquis attaches a list of related cases that are presently pending outside of this District, which may benefit from consolidation in this case.

Marquis agrees that all deadlines in the related cases, including Defendants' response deadlines, should be stayed pending consolidation of the related cases and the filing of a consolidated complaint. Marquis takes no position regarding Plaintiffs' request for appointment of interim class counsel and an executive committee.

Dated: January 21, 2026

Respectfully submitted,

By: */s/ Melissa R. Smith*
    Melissa R. Smith
    State Bar No. 24001351
    GILLAM & SMITH, LLP
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    Attorneys for Defendant
    MARQUIS SOFTWARE SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 21st day of January 2026, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                              */s/ Melissa R. Smith*
                                              Melissa R. Smith

# APPENDIX A

**The following related cases were identified in the Motion to Consolidate and/or the Responses to the Motion filed as of January 15, 2026 (*see* 4:25-cv-01277, DE #6, 10, 12, 13):**

Jinks v. Marquis Software Solutions, Inc., No. 4:25-cv-01277 (E.D. Tex.)

Raucci v. Marquis Software Solutions, Inc., No. 4:25-cv-01280 (E.D. Tex.)

Simmering v. Norway Savings Bank, No. 4:25-cv-01281 (E.D. Tex.)

Dominchello v. Marquis Software Solutions, Inc., No. 4:25-cv-01284 (E.D. Tex.)

Hart v. Marquis Software Solutions, Inc., No. 4:25-cv-01285 (E.D. Tex.)

Robinson v. Marquis Software Solutions, Inc., No. 4:25-cv-01306 (E.D. Tex.)

Geoffrey v. Marquis Software Solutions, Inc., No. 4:25-cv-01311 (E.D. Tex.)

Cusick v. Marquis Software Solutions, Inc., No. 4:25-cv-01314 (E.D. Tex.)

Boutot v. Norway Savings Bank, No. 4:25-cv-01321 (E.D. Tex.)

Brown v. Marquis Software Solutions, Inc., No. 4:25-cv-01322 (E.D. Tex.)

Spohrleder v. CoVantage Credit Union, No. 4:25-cv-01323 (E.D. Tex.)

Anderson v. Suncoast Credit Union, No. 4:25-cv-01328 (E.D. Tex.)

Anstett v. Marquis Software Solutions, Inc., No. 4:25-cv-01334 (E.D. Tex.)

Erban v. Gesa Credit Union, No. 4:25-cv-01341 (E.D. Tex.)

Raymond v. Maine State Credit Union, No. 4:25-cv-01344 (E.D. Tex.)

Copeland v. Marquis Software Solutions, Inc., No. 4:25-cv-01345 (E.D. Tex.)

Noble v. Marquis Software Solutions, Inc., No. 4:25-cv-01346 (E.D. Tex.)

Frias v. Marquis Software Solutions, Inc., No. 4:25-cv-01347 (E.D. Tex.)

Tibbetts v. Marquis Software Solutions, Inc., No. 4:25-cv-01348 (E.D. Tex.)

Schott v. Marquis Software Solutions, Inc., No. 4:25-cv-01358 (E.D. Tex.)

Hillmon v. Marquis Software Solutions, No. 4:25-cv-01375 (E.D. Tex.)

Baroni v. Marquis Software Solutions, Inc., No. 4:25-cv-01359 (E.D. Tex.)

Lester v. Marquis Software Solutions, Inc., No. 4:25-cv-01452 (E.D. Tex.)

**Marquis is aware of the following additional related cases pending as of January 15, 2026:**

Spencer v. CoVantage Credit Union, No. 4:25-cv-01318 (E.D. Tex.)

Vines v. Marquis Software Solutions, Inc., No. 4:25-cv-01319 (E.D. Tex.)

Noreika v. CoVantage Credit Union, No. 4:25-cv-01332 (E.D. Tex.)

Seecharran v. Florida Credit Union, No. 4:25-cv-01355 (E.D. Tex.)

Maldonado v. Suncoast Credit Union, No. 9:25-cv-00323 (E.D. Tex.)

Beaty v. Marquis Software Solutions, Inc., No. 4:25-cv-01357 (E.D. Tex.)

Garcia v. Westerra Credit Union, No. 4:25-cv-01360 (E.D. Tex.)

Rhinehart v. Marquis Software Solutions, No. 4:25-cv-01381 (E.D. Tex.)

Malloy v. Marquis Software Solutions, Inc., No. 4:25-cv-01420 (E.D. Tex.)

Fannin v. Marquis Software Solutions, Inc., No. 4:25-cv-01439 (E.D. Tex.)

Krall v. Marquis Software Solutions, Inc., No. 4:26-cv-00001 (E.D. Tex.)