UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| MICHELLE JINKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 4:25-cv-01277-ALM |
| CHRISTOPHER RAUCCI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendant. | Case No.: 4:25-cv-01280-ALM |
| SALLY SIMMERING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NORWAY SAVINGS BANK and MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 4:25-cv-01281-ALM |

| | |
|---|---|
| LARRY DOMENICHELLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 4:25-cv-01284-ALM |
| DANIEL HART, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>    Defendants. | Case No.: 4:25-cv-01285-ALM |
| DAVID ROBINSON SR., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>    Defendants. | Case No.: 4:25-cv-01306-ALM |
| JOSHUA GEOFFREY., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>    Defendants. | Case No.: 4:25-cv-01311-ALM |

| | |
|---|---|
| TRACY CUSICK, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>　　　　Defendants. | Case No.: 4:25-cv-01314-ALM |
| JESSICA BOUTOT, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>　　　　Defendants. | Case No.: 4:25-cv-01321-ALM |
| MICHAELA BROWN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and COVENTAGE CREDIT UNION,<br><br>　　　　Defendants. | Case No.: 4:25-cv-01322-ALM |
| LAWRENCE SPOHRLEDER, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>　　　　Defendants. | Case No.: 4:25-cv-01323-ALM |

| | |
|---|---|
| WILLIAM ANDERSON, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and SUNCOAST CREDIT UNION,<br><br>      Defendants. | Case No.: 4:25-cv-01328-ALM |
| CHRISTINA ANSTETT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and SUNCOAST CREDIT UNION,<br><br>      Defendants. | Case No.: 4:25-cv-01334-ALM |
| LEAH ERBAN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and GESA CREDIT UNION,<br><br>      Defendants. | Case No.: 4:25-cv-01341-ALM |

| NELLIE RAYMOND, individually and on behalf of all others similarly situated, | Case No.: 4:25-cv-01344-ALM |
|---|---|
| Plaintiff, | |
| v. | |
| MARQUIS SOFTWARE SOLUTIONS, INC. and MAINE STATE CREDIT UNION, | |
| Defendants. | |

## ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS, APPOINT INTERIM CLASS COUNSEL, AND SET DEADLINE FOR FILING OF CONSOLIDATED COMPLAINT

THIS MATTER, comes before the Court by the Plaintiffs in the above-captioned cases by their Motion, seeking to (1) consolidate the above-styled actions into to the first-filed *Jinks* action, as well as any other future filed or transferred related actions against Defendants Marquis Software Solutions, Inc., Norway Savings Bank, Coventage Credit Union, Suncoast Credit Union, GESA Credit Union, and Maine State Credit Union (collectively, "Related Actions") under the new case style: "*In re Marquis Software Solutions, Inc. Data Breach Litigation*"; (2) set deadlines for the filing of leadership applications and a consolidated complaint, and (3) stay Defendants' deadlines to respond to the complaints in the individual Related Actions until a consolidated complaint is filed. Accordingly, the Court, having read the papers and for good cause shown, hereby **ORDERS** that the Motion (Dkt. #6) is **GRANTED** as set forth below:

1. The above-captioned matters shall be consolidated for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) into *Jinks v. Marquis Software Sols., Inc.*, No. 4:25-cv-01277 under the new title *In re Marquis Software Solutions, Inc. Data Breach Litigation* (the "Consolidated Action") before this Court.

2. The Clerk is DIRECTED to administratively close the following Related Actions: *Raucci v. Marquis Software Sols., Inc.*, No. 4:25-cv-01280; *Simmering v. Norway Savings Bank*

1

*and Marquis Software Sols., Inc.*, No. 4:25-cv-01281; *Domenichello v. Marquis Software Sols., Inc.*, No. 4:25-cv-01284; *Hart v. Marquis Software Sols., Inc. and Norway Savings Bank*, No. 4:25-cv-01285; *Robinson Sr. v. Marquis Software Sols., Inc. and Norway Savings Bank*, No. 4:25-cv-01306; *Geoffrey v. Norway Savings Bank and Marquis Software Sols., Inc.*, No. 4:25-cv-01311; *Cusick v. Norway Savings Bank and Marquis Software Sols., Inc.*, No. 4:25-cv-01314; *Boutot v. Norway Savings Bank and Marquis Software Sols., Inc.*, No. 4:25-cv-01321; *Brown v. Marquis Software Sols., Inc. and Coventage Credit Union*, No. 4:25-cv-01322; *Spohrleder v. Norway Savings Bank and Marquis Software Sols., Inc.*, No. 4:25-cv-01323; *Anderson v. Marquis Software Sols., Inc. and Suncoast Credit Union*, No. 4:25-cv-01328; *Anstett v. Marquis Software Sols., Inc. and Suncoast Credit Union*, No. 4:25-cv-01334; *Erban v. Marquis Software Sols., Inc. and GESA Credit Union*, No. 4:25-cv-01341; and *Raymond v. Marquis Software Sols., Inc. and Maine State Credit Union*, No. 4:25-cv-01344.

3. All papers filed in the Consolidated Action shall be filed under the lead case number 4:25-cv-01277, the number assigned to the first-filed case.

4. All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

5. Pursuant to Fed. R. Civ. P. 23(g), the Court hereby appoints Mark Lanier of the Lanier Law Firm, Jeff Ostrow of Kopelowitz Ostrow P.A., and Gary Klinger of Milberg PLLC as Interim Co-Lead Class Counsel, and Joe Kendall of Kendall Law Group, PLLC as liaison counsel to act on behalf of the Plaintiffs and the class members in the Consolidated Action, with the responsibilities set forth below:

   a) Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings on behalf of Plaintiffs, including

organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

b) Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

c) Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, and any other appropriate matters;

d) Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

e) Serving as the primary contact for all communications between Plaintiffs and counsel for Defendants, and acting as spokespersons for all Plaintiffs vis-à-vis Defendants and the Court;

f) Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

g) Appearing at all court hearings and conferences regarding the case as most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

h) Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

i) Initiating and conducting discussions and negotiations with counsel for Defendants on all matters, including settlement;

j) Negotiating and entering into stipulations with counsel for Defendants as necessary for the conduct of the litigation;

k) Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency;

l) Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

m) Encouraging and enforcing efficiency among all Plaintiffs' counsel;

    n) Assessing Plaintiffs' counsel for the costs of the litigation;

    o) Preparing and distributing periodic status reports on behalf of Plaintiffs to the Court and to the parties as ordered;

    p) Developing and recommending for Court approval practices and procedures pertaining to attorneys' fees and expenses on behalf of Plaintiffs as further detailed below and, on an ongoing basis, monitoring and administering such procedures. At such time as may be appropriate, Interim Class Counsel also will recommend apportionment and allocation of fees and expenses on behalf of Plaintiffs subject to Court approval; and

    q) Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

6. The Court appoints Joe Kendall of Kendall Law Group, PLLC as Local Counsel for all Plaintiffs.

7. Any additional plaintiffs' counsel will do all work in this litigation only at the direction of Interim Co-Lead Class Counsel. No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any Plaintiff except through Interim Co-Lead Class Counsel and no other Plaintiffs' counsel or firm shall be authorized to perform any work in the case without the express authorization of Interim Co-Lead Class Counsel.

8. Interim Co-Lead Class Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of any Plaintiff unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim Co-Lead Class Counsel, and such agreements shall be binding on all other Plaintiffs' counsel.

9. The Court further appoints an Executive Committee consisting of Raina Borrelli of Strauss Borrelli PLLC, Jonathan Mann of Pittman, Dutton, Hellmus, Bradley & Mann, P.C., Tom Loeser of Cotchett, Pitre & McCarthy, LLP, Paul Doolittle of Poulin Willey Anastopoulo LLC, Leigh Montgomery of Ellzey Kherkher Sanford Montgomery, LLP, Andrew Shamis of Shamis & Gentile P.A., Israel David of Israel David LLC, Mark Reich of Levi & Korsinsky, LLP, Jean

Martin of Morgan & Morgan, and Shauna Itri of Seeger Weiss LLP. The Executive Committee shall conduct all work as assigned or delegated by Interim Co-Lead Class Counsel.

10. Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in any related action to the extent that Interim Co-Lead Class Counsel are aware of any such action(s) and on all attorneys for Plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for ECF.

11. Plaintiffs in the Consolidated Action shall file an operative Consolidated Complaint within 60 days of the date of this Order.

12. This Order shall apply to any action filed in, transferred to, or removed to this Court which relates to the subject matter at issue in this case and is asserted on behalf of a class or representative action.

**IT IS SO ORDERED.**
**SIGNED this 22nd day of January, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE