## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE MARQUIS SOFTWARE SOLUTIONS, INC. DATA BREACH LITIGATION | Civil Action No. 4:25-cv-01277 |
| GERALD SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COVANTAGE CREDIT UNION and MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 4:25-cv-01318 |
| DEB VINES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MARQUIS SOFTWARE SOLUTIONS, INC. and NORWAY SAVINGS BANK,<br><br>Defendants. | Civil Action No. 4:25-cv-01319 |
| SHANNON NOREIKA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>COVANTAGE CREDIT UNION and MARQUIS SOFTWARE SOLUTIONS, INC.,<br><br>Defendants. | Civil Action No. 4:25-cv-01332 |

STEPHANIE MALDONADO, individually
and on behalf of all others similarly situated,

              Plaintiff,

      v.

SUNCOAST CREDIT UNION and
MARQUIS SOFTWARE SOLUTIONS, INC.,

            Defendants.

Civil Action No. 9:25-cv-00323

---

SANDRA COPELAND, individually and on
behalf of all others similarly situated,

              Plaintiff,

      v.

MARQUIS SOFTWARE SOLUTIONS, INC.
and SECURITY CREDIT UNION,

            Defendants.

Civil Action No. 4:25-cv-01345

---

PAMELA NOBLE, individually and on behalf
of all others similarly situated,

              Plaintiff,

      v.

MARQUIS SOFTWARE SOLUTIONS, INC.,
and IQ CREDIT UNION,

            Defendants.

Civil Action No. 4:25-cv-01346

---

DANN FRIAS, individually and on behalf of
all others similarly situated,

              Plaintiff,

      v.

MARQUIS SOFTWARE SOLUTIONS, INC.,
and GESA CREDIT UNION,

            Defendants.

Civil Action No. 4:25-cv-01347

LUKE TIBBETTS, individually and on behalf of all others similarly situated,

              Plaintiff,

    v.

MARQUIS SOFTWARE SOLUTIONS, INC. and MAINE STATE CREDIT UNION,

              Defendants.

Civil Action No. 4:25-cv-01348

---

ANITA SEECHARRAN, individually and on behalf of all others similarly situated,

              Plaintiff,

    v.

FLORIDA CREDIT UNION and MARQUIS SOFTWARE SOLUTIONS, INC.,

              Defendants.

Civil Action No. 4:25-cv-01355

---

GRIFFIN BEATY, individually and on behalf of all others similarly situated,

              Plaintiff,

    v.

MARQUIS SOFTWARE SOLUTIONS INC.,

              Defendant.

Civil Action No. 4:25-cv-01357

---

MARK SCHOTT, individually and on behalf of all others similarly situated,

              Plaintiff,

    v.

MARQUIS SOFTWARE SOLUTIONS, INC., and FIRST NATIONAL BANK OF PENNSYLVANIA,

              Defendants.

Civil Action No. 4:25-cv-01358

TINA BARONI, individually and on behalf of
all others similarly situated,

          Plaintiff,

   v.

MARQUIS SOFTWARE SOLUTIONS INC.,

        Defendant.

Civil Action No. 4:25-cv-01359

---

JESUS GARCIA, individually and on behalf of
all others similarly situated,

          Plaintiff,

   v.

WESTERRA CREDIT UNION and
MARQUIS SOFTWARE SOLUTIONS, INC.,

        Defendants.

Civil Action No. 4:25-cv-01360

---

DERWIN HILLMON, et al., individually and
on behalf of all others similarly situated,

          Plaintiff,

   v.

MARQUIS SOFTWARE SOLUTIONS, INC.,
VALLEY STRONG CREDIT UNION,
WESTERRA CREDIT UNION, and
FLORIDA CREDIT UNION,

        Defendants.

Civil Action No. 4:25-cv-01375

CONNOR RHINEHART, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MARQUIS SOFTWARE SOLUTIONS INC.,

        Defendant.

Civil Action No. 4:25-cv-01381

---

TYLER MALLOY, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MARQUIS SOFTWARE SOLUTIONS, INC. and SECURITY CREDIT UNION,

        Defendants.

Civil Action No. 4:25-cv-01420

---

CHERYL FANNIN, et al., individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MARQUIS SOFTWARE SOLUTIONS, INC. and WESBANCO BANK, INC.,

        Defendants.

Civil Action No. 4:25-cv-01439

---

SALLY LESTER, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

MARQUIS SOFTWARE SOLUTIONS INC.,

        Defendant.

Civil Action No. 4:25-cv-01452

NATALIE KRALL, individually and on behalf
of all others similarly situated,

                Plaintiff,

      v.

MARQUIS SOFTWARE SOLUTIONS INC.,
and FIRST NATIONAL BANK OF
PENNSYLVANIA

                Defendants.

Civil Action No. 4:26-cv-00001

## **ORDER**

Upon consideration of Defendant Marquis Software Solutions, Inc.'s Motion to Consolidate (Dkt. #19), the Motion is hereby **GRANTED** as set forth below:

1. The above-captioned related cases (the "Related Actions") shall be consolidated for all purposes, including pretrial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a) into the instant action, *In re Marquis Software Solutions, Inc. Data Breach Litigation*, No. 4:25-cv-01277 (the "Consolidated Action").

2. The Clerk is directed to administratively close the following Related Actions: *Spencer v. CoVantage Credit Union*, No. 4:25-cv-01318 (E.D. Tex.); *Vines v. Marquis Software Sols., Inc.*, No. 4:25-cv-01319 (E.D. Tex.); *Noreika v. CoVantage Credit Union*, No. 4:25-cv-01332 (E.D. Tex.); *Maldonado v. Suncoast Credit Union*, No. 9:25-cv-00323 (E.D. Tex.); *Copeland v. Marquis Software Sols., Inc.*, No. 4:25-cv-01345 (E.D. Tex.); *Noble v. Marquis Software Sols., Inc.*, No. 4:25-cv-01346 (E.D. Tex.); *Frias v. Marquis Software Sols., Inc.*, No. 4:25-cv-01347 (E.D. Tex.); *Tibbetts v. Marquis Software Sols., Inc.*, No. 4:25-cv-01348 (E.D. Tex.); *Seecharran v. Florida Credit Union*, No. 4:25-cv-01355 (E.D. Tex.); *Beaty v. Marquis Software Sols., Inc.*, No. 4:25-cv-01357 (E.D. Tex.); *Schott v. Marquis Software Sols., Inc.*, No. 4:25-cv-01358 (E.D. Tex.); *Baroni v. Marquis Software Sols., Inc.*, No. 4:25-cv-01359 (E.D. Tex.); *Garcia v. Westerra Credit Union*,

No. 4:25-cv-01360 (E.D. Tex.); *Hillmon v. Marquis Software Sols., Inc.*, No. 4:25-cv-01375 (E.D. Tex.); *Rhinehart v. Marquis Software Sols.*, No. 4:25-cv-01381 (E.D. Tex.); *Malloy v. Marquis Software Sols., Inc.*, No. 4:25-cv-01420 (E.D. Tex.); *Fannin v. Marquis Software Sols., Inc.*, No. 4:25-cv-01439 (E.D. Tex.); *Lester v. Marquis Software Sols., Inc.*, No. 4:25-cv-01452 (E.D. Tex.); *Krall v. Marquis Software Sols., Inc.*, No. 4:26-cv-00001 (E.D. Tex.).

3.  All papers filed in the Consolidated Action shall be filed under the lead case number 4:25-cv-01277, the number assigned to the first-filed case.

4.  All papers previously filed and served to date in the Related Actions are deemed part of the record in the Consolidated Action.

5.  Plaintiffs in the Consolidated Action shall filed an operative Consolidated Complaint within 60 days of the date of the Court's January 22, 2026 order of consolidation (Dkt. #17).

**IT IS SO ORDERED**.

**SIGNED this 29th day of January, 2026.**


AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE