**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE MARQUIS SOFTWARE SOLUTIONS, INC. DATA BREACH LITIGATION | Case No. 4:25-cv-01277 |

## ORDER

Upon consideration of Plaintiffs' and Defendant Marquis Software Solutions, Inc.'s Joint Motion to Stay as to Marquis Software Solutions, Inc. (Dkt. #46), the Motion is hereby **GRANTED**.  All of Marquis Software Solutions, Inc.'s deadlines in the above-captioned action are stayed pending the parties' mediation efforts.  The parties are to file a status report to update the Court regarding the status of mediation by May 15, 2026.

**IT IS SO ORDERED.**

**SIGNED this 6th day of April, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE