### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE MARQUIS SOFTWARE SOLUTIONS, INC. DATA BREACH LITIGATION | Case No. 4:25-cv-01277 |

### JOINT MOTION TO LIFT STAY AND SET DEADLINE TO
### ANSWER OR RESPOND TO CONSOLIDATED COMPLAINT

Plaintiffs and Defendants Marquis Software Solutions, Inc. ("Marquis") and SonicWall Inc. ("SonicWall") (together, the "Parties"), by and through their respective counsel, respectfully move the Court to lift the Order staying all deadlines as to Marquis (the "Stay Order," Dkt. #47) and set a deadline of July 6, 2026, for Marquis and SonicWall to answer or otherwise respond to Plaintiffs' First Consolidated Class Action Complaint (the "Consolidated Complaint," Dkt. #43).

Plaintiffs filed the Consolidated Complaint on March 23, 2026.  Dkt. #43.  On April 1, 2026, Plaintiffs and Marquis filed a Joint Motion to Stay (the "Motion to Stay," Dkt. #46), asking the Court to stay all deadlines as to Marquis pending a mediation between Plaintiffs and Marquis on April 30, 2026.  The Court subsequently entered the Stay Order and directed Plaintiffs and Marquis to file a status report by May 15, 2026.  Dkt. #47.  Plaintiffs and Marquis attended mediation on April 30, 2026, and continued their discussions thereafter with the assistance of the mediator.  On May 11, 2026, Plaintiffs filed a Status Report (Dkt. #50) stating that the mediation had resulted in an impasse.  Following the filing of the report, settlement discussions between Plaintiffs and Marquis have continued.  The discussions will either result in a settlement between Plaintiffs and Marquis or there will be no resolution.  In the event no settlement is reached and to avoid additional delay, Plaintiffs and Marquis have agreed to lift the existing stay and set a deadline for Marquis to respond to the Consolidated Complaint.

Plaintiffs named SonicWall as a defendant for the first time in the Consolidated Complaint on March 23, 2026.  Dkt. #43.  SonicWall subsequently waived service and its response to the Consolidated Complaint is currently due May 22, 2026.  For the purpose of being efficient, the Parties have conferred and agreed to align Marquis and SonicWall's respective responsive pleading deadlines to the Consolidated Complaint.  The Parties respectfully request the Court extend to July 6, 2026, the deadline for SonicWall and Marquis to answer or respond to the Consolidated Complaint.

The Parties submit that good cause exists for the extension.  SonicWall recently hired counsel to defend this matter, and counsel for Marquis and SonicWall each require additional time to review and respond to the Consolidated Complaint, which runs 87 pages and nearly 400 paragraphs.  The Parties agree that aligning Marquis and SonicWall's response deadlines will serve judicial economy and the Parties' interests and that no Party will be prejudiced by the extension.

For the foregoing reasons, the Parties respectfully request that the Court enter an Order lifting the stay as to Marquis (Dkt. #47) and directing Marquis and SonicWall to answer or otherwise respond to the Consolidated Complaint by July 6, 2026.

Dated:  May 15, 2026

Respectfully submitted,

By:  /s/ *Jeff Ostrow*
Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Law Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel:  (954) 332-4200
ostrow@kolawyers.com

By:  /s/ *W. Kyle Tayman*
W. Kyle Tayman
D.C. Bar No. 1000398
Jordan L. Moran
D.C. Bar No. 888273537
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Tel: (202) 346-4000
ktayman@goodwinlaw.com
jordanmoran@goodwinlaw.com

2

|  |  |
|---|---|
| | *Attorneys for Defendant*<br>*Marquis Software Solutions, Inc* |
| W. Mark Lanier<br>THE LANIER LAW FIRM<br>10940 W. Sam Houston Pkwy. N.<br>Suite 100<br>Houston, TX 77064<br>Tel: (713) 659-5200<br>mark.lanier@lanierlawfirm.com | Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Tel:  (903) 934-8450<br>melissa@gillamsmithlaw.com |
| Gary M. Klinger<br>Milberg, PLLC<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com | *Attorney for Defendant*<br>*Marquis Software Solutions, Inc.* |
| *Interim Co-Lead Class Counsel* | |
| | By:  /s/ *Robert G. Castañeda* |
| Joe Kendall<br>State Bar No. 11260700<br>KENDALL LAW GROUP, PLLC<br>3811 Turtle Creek Blvd., Suite 825<br>Dallas, TX 75219<br>Tel:  (214) 744-3000<br>jkendall@kendalllawgroup.com | Robert G. Castañeda<br>State Bar No. 24137554<br>ARNOLD & PORTER KAYE<br>SCHOLER LLP<br>811 Main St., Suite 1800<br>Houston, TX 77002<br>Tel: (713) 576-2400<br>robert.castaneda@arnoldporter.com |
| *Plaintiffs' Liaison Counsel* | Kenneth L. Chernof<br>*Pro Hac Vice Forthcoming*<br>ARNOLD & PORTER KAYE<br>SCHOLER LLP<br>601 Massachusetts Ave, NW<br>Washington, D.C. 20001<br>Tel: (202) 942-5000<br>ken.chernof@arnoldporter.com |
| | Daniel E. Raymond<br>*Pro Hac Vice Forthcoming*<br>ARNOLD & PORTER KAYE<br>SCHOLER LLP<br>300 N. LaSalle Dr., Suite 3500<br>Chicago, IL 60654<br>Tel: (312) 583-2379<br>daniel.raymond@arnoldporter.com |

Andrew F. Newman
State Bar No. 24060331
**POLSINELLI PC**
4020 Maple Avenue
Suite 300, Dallas, TX 75219
Tel: (214) 661-5506
afnewman@polsinelli.com

J.T. Malatesta
*Pro Hac Forthcoming*
**POLSINELLI PC**
2000 Southbridge Parkway, Suite
301 Birmingham, AL 35209
Tel: (205) 963-7138
jtmalatesta@polsinelli.com

*Attorneys for Defendant*
*SonicWall Inc.*

4

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on May 15, 2026, and that it is available for viewing and downloading from the Court's ECF system.

/s/ W. Kyle Tayman
W. Kyle Tayman

*Attorney for Defendant*
*Marquis Software Solutions, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Plaintiffs and Defendant SonicWall Inc. regarding the substance of this motion.  Counsel for Plaintiffs and SonicWall Inc. agree and join in this Motion.

/s/ W. Kyle Tayman
W. Kyle Tayman

*Attorney for Defendant*
*Marquis Software Solutions, Inc.*

5