**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE MARQUIS SOFTWARE SOLUTIONS, INC. DATA BREACH LITIGATION | Case No. 4:25-cv-01277 |

## <u>ORDER</u>

The Court, having considered the Parties' Joint Motion to Lift Stay and Set Deadline to Answer or Respond to Consolidated Complaint (the "Motion," Dkt. # __), the Motion is hereby **GRANTED**.  Accordingly, the stay as to Defendant Marquis Software Solutions, Inc. (Dkt. #47) is hereby lifted and Marquis and Defendant SonicWall Inc. shall answer or otherwise respond to Plaintiffs' First Consolidated Class Action Complaint (Dkt. #43) on or before July 6, 2026.