# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE MARQUIS SOFTWARE SOLUTIONS, INC. DATA BREACH LITIGATION | Case No. 4:25-cv-01277-ALM |

## JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT SONICWALL INC.'S MOTION TO DISMISS

Plaintiffs and Defendant SonicWall Inc. ("SonicWall") (together, the "Parties"), by and through their respective counsel, respectfully move the Court for an Order extending the briefing deadlines related to SonicWall's Motion to Dismiss Plaintiffs' First Consolidated Class Action Complaint (the "Motion to Dismiss," Dkt. # 62).

Plaintiffs filed their First Consolidated Class Complaint against SonicWall on March 23, 2026.  Dkt. #43.  On May 15, 2026, SonicWall joined Plaintiff and Defendant Marquis Software Solutions, Inc.'s joint motion to lift the order staying all deadlines and requested the Court extend SonicWall's deadline to answer or respond to the Complaint to July 6, 2026.  Dkt. #52. On May 26, 2026, the Court granted SonicWall's request and set SonicWall's deadline to answer or otherwise respond to July 6, 2026.  Dkt. #59.  On July 6, 2026, SonicWall filed its Motion to Dismiss.  Dkt. #62.

The current deadline for Plaintiff to file its response to the Motion to Dismiss is July 21, 2026 and the deadline for SonicWall to file its reply in support is July 28, 2026.

The Parties respectfully request that the Court enter an Order extending the deadlines for Plaintiffs to respond to the Motion to Dismiss and for SonicWall to reply in support thereof.  The Parties request the Court grant these extensions to allow Plaintiffs sufficient time to fully

evaluate the arguments raised in the Motion to Dismiss and to allow SonicWall adequate time to prepare its reply in light of the issues raised in Plaintiffs' response.  The Parties submit that good cause exists for granting this joint motion, as it is not sought for purposes of delay, but rather to ensure the issues are fully and fairly briefed for the Court's consideration.

For the foregoing reasons, the Parties respectfully request that the Court enter an Order extending Plaintiffs' deadline to respond to the Motion to Dismiss to **August 4, 2026**, and extending SonicWall's deadline to file any reply in support of the Motion to Dismiss to **August 25, 2026**.

Dated:  July 14, 2026

Respectfully submitted,

By:  /s/ *Jeff Ostrow*

Jeff Ostrow
KOPELOWITZ OSTROW P.A.
One West Law Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

W. Mark Lanier
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy. N.
Suite 100
Houston, TX 77064
Tel: (713) 659-5200
mark.lanier@lanierlawfirm.com

Gary M. Klinger
Milberg, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Interim Co-Lead Class Counsel*

By:  /s/ *Robert G. Castañeda*

Robert G. Castañeda
State Bar No. 24137554
ARNOLD & PORTER KAYE
SCHOLER LLP
811 Main St., Suite 1800
Houston, TX 77002
Tel: (713) 576-2400
robert.castañeda@arnoldporter.com

Kenneth L. Chernof
*Pro Hac Vice*
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 942-5000
ken.chernof@arnoldporter.com

Daniel E. Raymond
*Pro Hac Vice*
ARNOLD & PORTER KAYE
SCHOLER LLP
300 N. LaSalle Dr., Suite 3500
Chicago, IL 60654

2

Joe Kendall
State Bar No. 11260700
KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 825
Dallas, TX 75219
Tel: (214) 744-3000
jkendall@kendalllawgroup.com

*Plaintiffs' Liaison Counsel*

Tel:  (312) 583-2379
daniel.raymond@arnoldporter.com

*Attorneys for Defendant*
*SonicWall Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that the within document was electronically filed with the clerk of the court on July 14, 2026, and that it is available for viewing and downloading from the Court's ECF system.

*/s/ Robert G. Castañeda*

Robert G. Castañeda

*Attorney for Defendant*
*SonicWall Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned has conferred with counsel for Plaintiffs regarding the substance of this Motion.  Counsel for Plaintiffs agrees and has joined in this Motion.

*/s/ Daniel E. Raymond*

Daniel E. Raymond

*Attorney for Defendant*
*SonicWall Inc.*