**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| IN RE MARQUIS SOFTWARE SOLUTIONS, INC. DATA BREACH LITIGATION | No.: 4:25-CV-01277-ALM |
|---|---|

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY CASE**
**AS TO DEFENDANT MARQUIS SOFTWARE SOLUTIONS, INC.**

Plaintiffs and Defendant Marquis Software Solutions, Inc. ("Marquis") (together, the "Parties") hereby notify the Court they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims in this action as to Marquis. The settlement is conditioned on Plaintiff and Marquis executing a written settlement agreement which will be the subject of Plaintiffs' Unopposed Motion for Preliminary Approval expected to be filed on or before December 28, 2026. Based on the foregoing, the Parties request the Court stay all deadlines pending approval of the settlement, as to Defendant Marquis only.

Dated: October 23, 2026. Respectfully submitted,


*/s/ Jeff Ostrow*
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: (954) 332-4200
ostrow@kolawyers.com

Mark Lanier
**THE LANIER LAW FIRM, PLLC**
Texas Bar No. 11934600
10940 W. Sam Houston Pkwy N., Ste. 100
Houston, Texas 77064
Tel: (713) 659-5200
mark.lanier@lanierlawfirm.com

*/s/ Kyle Tayman*
W. Kyle Tayman
Jordan L. Moran
**GOODWIN PROCTER LLP**
1900 N Street, N.W.
Washington, DC 20036
Tel: (202) 346-4000
ktayman@goodwinlaw.com
JordanMoran@goodwinlaw.com

Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 S. Washington Ave.
Marshall, TX 75670

Gary Klinger
**MILBERG PLLC**
227 W. Monroe Street. Ste. 2100
Chicago, Illinois 60606
Tel: (858) 209-6941
gklinger@milberg.com

*Interim Co-Lead Class Counsel*

Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Tel: (214) 744-3000
jkendall@kendalllawgroup.com

*Interim Liaison Counsel*

Tel: (903) 934-8450
melissa@gillamsmithlaw.com

*Counsel for Defendant Marquis Software Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*
Jeff Ostrow